IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MACSHAR ENTERPRISES, LLC,<br>　　　　Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | C.A. No. 08-119(SLR) |
| UNITED STATES POSTAL SERVICE<br>C/O POSTMASTER DORITA BARNS<br>3204 CONCORD PIKE<br>WILMINGTON, DE 19803,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) | |

## DISMISSAL PURSUANT TO RULE 41

The parties dismiss this case pursuant to Rule 41 without prejudice.


/s/ Donald L. Gouge, Jr. #2234
800 N. King Street, Suite 303
Wilmington, DE 19801
(302) 658-1800x2
Attorney for plaintiff


/s/ Lesley F. Wolf
Lesley F. Wolf, Esquire
1007 N. Orange Street
Suite 700
Wilmington, DE 19801
Attorney for defendant


DATED: April 2, 2008